# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JASON T. SCHMIDT<br>    MAGDALENA ZAMIRSKI<br>       *Debtor*<br>TOWD POINT MORTGAGE TRUST 2019-4, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE c/o Select Portfolio Servicing, Inc.<br>       *Movant*<br><br>       vs.<br>JASON T. SCHMIDT<br>MAGDALENA ZAMIRSKI,<br>       *Debtor/Respondent*<br>    and<br>SCOTT F. WATERMAN, Esquire,<br>       *Trustee/Respondent* | Bankruptcy No. 22-10770-PMM<br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

    PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Karina Velter, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

                                          Respectfully Submitted,

Date: April 6, 2022

                                          /s/ Karina Velter Esquire
                                          Karina Velter Esquire
                                          HLADIK, ONORATO & FEDERMAN, LLP
                                          298 Wissahickon Avenue
                                          North Wales, PA 19454
                                          (215) 855-9521
                                          kvelter@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    JASON T. SCHMIDT<br>    MAGDALENA ZAMIRSKI<br>        *Debtor*<br>TOWD POINT MORTGAGE TRUST 2019-4, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE c/o Select Portfolio Servicing, Inc.<br>        *Movant*<br><br>                vs.<br>JASON T. SCHMIDT<br>MAGDALENA ZAMIRSKI,<br>        *Debtor/Respondent*<br>            and<br>SCOTT F. WATERMAN, Esquire,<br>        *Trustee/Respondent* | Bankruptcy No. 22-10770-PMM<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on April 6, 2022.

David S. Gellert, Esquire
Via Electronic Filing
*Attorney for Debtor*

Scott F. Waterman, Esquire,
Via Electronic Filing
*Trustee*

Jason T. Schmidt
2624 Macarro Way
Hellertown, PA 18055

Magdalena Zamirski
2624 Macarro Way
Hellertown, PA 18055
*Debtor*

Date: April 6, 2022

 /s/ Karina Velter Esquire
Karina Velter Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
kvelter@hoflawgroup.com