UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jason T. Schmidt<br>    Magdalena Zamirski<br><br>               Debtors | Chapter 13<br>Bankruptcy No.22-10770-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 30th day of June, 2022, by first class mail upon those listed below:

Jason T. Schmidt
Magdalena Zamirski
2824 Macarro Way
Hellertown, PA  18055

**Electronically via CM/ECF System Only:**

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING, PA  19606

                                                  */s/ Kristen Gliem*
                                                  Kristen Gliem
                                                  for
                                                  Scott F. Waterman, Esquire
                                                  Standing Chapter 13 Trustee