IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-10770-pmm |
|    Jason T. Schmidt and Magdelana Zamirski | : Chapter 13 |
|        Debtors | : |
| | : |
| Towd Point Mortgage Trust 2019-4, U.S. Bank | : |
| National Association, as Indenture Trustee c/o | : |
| Select Portfolio Servicing Inc. | : |
|        Movant | : |
| | : |
|        vs. | : |
| Jason T. Schmidt and Magdelana Zamirski | : |
|        Debtors/Respondents | : |
|        and | : |
| Scott Waterman, Esquire | : |
|        Trustee/Respondent | : |

**NOTICE OF MOTION, RESPONSE
DEADLINE AND HEARING DATE**

     Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing Inc., has filed with the US Bankruptcy Court a Motion to Approve Trial Loan Modification regarding its rights it has under the mortgage or with respect to the property located at: 23 Terryann Court, East Moriches, NY 11940.

     **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with an attorney.)**

     1.    If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **xx/xx/2022** you or your attorney must do <u>all</u> of the following things:

     (a)  **FILE AN ANSWER** explaining your position at:

United States Bankruptcy Court<br>
201 Penn Street, Suite 103<br>
Reading, PA 19601

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above; **and**

(b) **MAIL A COPY** of the documents to the Movant's attorney:

Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA  19454
Phone 215-855-9521
Fax 215-855-9121
Email: smccaffery@hoflawgroup.com

2.	If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.	A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Patricia M. Mayer on September 1, 2022 at 11:00 AM in U.S. Bankruptcy Court, E.D. Pa., The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 16801.

4.	If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

You may contact the Bankruptcy Court Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully Submitted,

Date: 08/08/2022

/s/Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121