Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-10770-PMM**

Jason T. Schmidt  
Magdalena Zamirski  
2824 Macarro Way  
Hellertown  PA    18055

Petition Filed Date: 03/29/2022  
341 Hearing Date: 05/03/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/18/2022 | $500.00 | | 05/18/2022 | $500.00 | | 06/21/2022 | $500.00 | |
| 07/18/2022 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $2,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Mortgage Arrears | $1,950.42 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,084.41 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $2,194.11 | $0.00 | $0.00 |
| 4 | PNC BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $1,212.16 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Secured Creditors | $59,282.74 | $0.00 | $0.00 |
| 7 | DISCOVER BANK<br>»» 007 | Mortgage Arrears | $537.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» 008 | Unsecured Creditors | $912.92 | $0.00 | $0.00 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $11,698.91 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $827.12 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,846.02 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,169.17 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10770-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $160.00 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $1,840.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.