# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-10770-pmm |
|     Jason T. Schmidt and Magdelana Zamirski | : Chapter 13 |
|         Debtors | : |
| | : |
| Towd Point Mortgage Trust 2019-4, U.S. Bank | : |
| National Association, as Indenture Trustee c/o | : |
| Select Portfolio Servicing Inc. | : |
|         Movant | : |
| | : |
|         vs. | : |
| Jason T. Schmidt and Magdelana Zamirski | : |
|         Debtors/Respondents | : |
|     and | : |
| Scott Waterman, Esquire | : |
|         Trustee/Respondent | : |

**CERTIFICATION OF NO ANSWER OR RESPONSE**
**TO MOTION TO APPROVE FINAL LOAN MODIFICATION**

    I, Sarah K. McCaffery, counsel for Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing Inc. ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant to Approve Final Loan Modification, has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

                                                      HLADIK, ONORATO & FEDERMAN, LLP

Date: 08/31/2022                                / s / Sarah K. McCaffery, Esquire
                                                          Sarah K. McCaffery, Esquire
                                                          Hladik, Onorato & Federman, LLP
                                                          Attorney I.D. #311728
                                                          298 Wissahickon Avenue
                                                          North Wales, PA 19454
                                                          Phone 215-855-9521
                                                          Email: smccaffery@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-10770-pmm |
|    Jason T. Schmidt and Magdelana Zamirski | : Chapter 13 |
|         Debtors | : |
| | : |
| Towd Point Mortgage Trust 2019-4, U.S. Bank | : |
| National Association, as Indenture Trustee c/o | : |
| Select Portfolio Servicing Inc. | : |
|         Movant | : |
|         vs. | : |
| Jason T. Schmidt and Magdelana Zamirski | : |
|         Debtors/Respondents | : |
|         and | : |
| Scott Waterman, Esquire | : |
|         Trustee/Respondent | : |

### CERTIFICATE OF SERVICE OF
### CERTIFICATION OF NO ANSWER OR RESPONSE

    I, Sarah K. McCaffery, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion to Approve Trial Modification, on the parties at the addresses shown on the date set forth below. The types of service made on the parties were: <u>Electronic Notification and/ or First Class Mail,</u> as noted below:

| | |
|---|---|
| David S. Gellert, Esquire<br>Via ECF<br>*Attorney for Debtor* | Jason T. Schmidt<br>Magdalena Zamirski<br>2824 Macarro Way<br>Hellertown, PA 18055 |
| Scott F. Waterman, Esquire<br>VIA ECF<br>*Trustee* | Via First Class Mail<br>*Debtors*<br>Jheanell A. Schmidt<br>23 Terryann Court<br>East Moriches, NY 11940<br>Via First Class Mail<br>*Non-Filing Co-Debtor* |

HLADIK, ONORATO & FEDERMAN, LLP

Date: 08/31/2022

/ s / Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. #311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com