# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    JASON T. SCHMIDT | : | Chapter 13 |
|    MAGDALENA ZAMIRSKI | : | |
| | : | Bankruptcy No. 22-10770 PMM |
|             Debtors | : | |

## ORDER

Upon consideration of the Objection of the Debtors to Proof of Claim No. 9 filed by Capital One Auto Finance in the amount of $11,698.91, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 9 filed by Capital One Auto Finance shall be allowed as a reclassified secured Proof of Claim holding a security interest in the Debtors' 2018 Jeep Cherokee with a current payment status as of the date of filing.

BY THE COURT:

*Patricia M. Mayer*

**Date: September 1, 2022**

Patricia M. Mayer
United States Bankruptcy Judge