# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-10770-pmm |
|     Jason T. Schmidt and Magdelana Zamirski | : Chapter 13 |
|         Debtors | : |
| | : |
| Towd Point Mortgage Trust 2019-4, U.S. Bank | : |
| National Association, as Indenture Trustee c/o | : |
| Select Portfolio Servicing Inc. | : |
|         Movant | : |
| | : |
|         vs. | : |
| Jason T. Schmidt and Magdelana Zamirski | : |
|         Debtors/Respondents | : |
|     and | : |
| Scott Waterman, Esquire | : |
|         Trustee/Respondent | : |

## ORDER

AND NOW, on this ___1st___ day of ___September___, 2022, it is hereby ORDERED that if Jason T. Schmdit ("Debtor") and Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing Inc. ("Movant") elect to enter into the proposed Final Mortgage Modification Agreement, with respect to the property located at 23 Terryann Court, East Moriches, NY 11940, as set forth and attached to the Motion to Approve Final Mortgage Loan Modification (the "Motion"), they may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

BY THE COURT

*Patricia M. Mayer*

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge