United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10770-pmm |
| Jason T. Schmidt | Chapter 13 |
| Magdalena Zamirski | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 01, 2022 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++        Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Jason T. Schmidt, 2824 Macarro Way, Hellertown, PA 18055-3169 |
| jdb | +++ | Magdalena Zamirski, 2824 Macarro Way, Hellertown, PA 18055-3169 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 02 2022 00:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 02 2022 00:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 02 2022 01:01:01 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 02 2022 01:01:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 02 2022 01:00:59 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 03, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:**

**Name** | **Email Address**

ANDREW L. SPIVACK
  on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DAVID S. GELLERT
  on behalf of Debtor Jason T. Schmidt dsgrdg@ptdprolog.net

DAVID S. GELLERT
  on behalf of Joint Debtor Magdalena Zamirski dsgrdg@ptdprolog.net

KARINA VELTER
  on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

REBECCA ANN SOLARZ
  on behalf of Creditor Discover Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SARAH K. MCCAFFERY
  on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jason T. Schmidt and Magdelana Zamirski<br>        Debtors | : Bankruptcy No. 22-10770-pmm<br>: Chapter 13<br>:<br>: |
| Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing Inc.<br>        Movant | :<br>:<br>:<br>:<br>: |
| vs.<br>Jason T. Schmidt and Magdelana Zamirski<br>        Debtors/Respondents<br>    and<br>Scott Waterman, Esquire<br>        Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, on this ___1st___ day of ___September___, 2022, it is hereby ORDERED that if Jason T. Schmdit ("Debtor") and Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing Inc. ("Movant") elect to enter into the proposed Final Mortgage Modification Agreement, with respect to the property located at 23 Terryann Court, East Moriches, NY 11940, as set forth and attached to the Motion to Approve Final Mortgage Loan Modification (the "Motion"), they may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

BY THE COURT

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge