# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason T. Schmidt<br>Magdalena Zamirski<br>        Debtor(s) | CHAPTER 13 |
| Discover Bank, its successors and/or assigns<br>        Movant<br>    vs.<br>Jason T. Schmidt<br>Magdalena Zamirski<br>        Debtor(s)<br>Scott F. Waterman<br>        Trustee | NO. 22-10770 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Discover Bank, which was filed with the Court on or about **May 2, 2022, docket number 20**.

Respectfully submitted,

/s/ Denise Carlon, Esq.
_____
Denise Carlon, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: September 30, 2022