United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10770-pmm |
| Jason T. Schmidt | Chapter 13 |
| Magdalena Zamirski | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2022 | Form ID: 155 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Jason T. Schmidt, 2824 Macarro Way, Hellertown, PA 18055-3169 |
| jdb | +++ | Magdalena Zamirski, 2824 Macarro Way, Hellertown, PA 18055-3169 |
| 14690097 | + | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14681417 | + | Discover Bank, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14679680 | + | Discover Home Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14679682 | + | Frost - Arnett Company, P.O. Box 1280, Oaks, PA 19456-1280 |
| 14679685 | + | LP Finance Group, 506 Twin Oaks Drive, Johnson City, TN 37601-7610 |
| 14679684 | + | Lehigh Valley Health Network, P.O. Box 4120, Allentown, PA 18105-4120 |
| 14679688 | + | North Shore Agency, 4000 East Fifth Avenue, Columbus, OH 43219-1811 |
| 14679690 | + | Professsional Account Management, P.O. Box 430, Milwaukee, WI 53201-0430 |
| 14679691 | + | Revco Solutions, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14679692 | + | Scweiger Dermatology Group, P.O. Box 1870, Cary, NC 27512-1870 |
| 14682202 | + | Towd Point Mortgage Trust 2019-4, c/o Karina Velter, Esquire, Hladik Onorato & Federman LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14679694 | + | Uplit Customer Outreach, 801 El Camino Ral, Menlo Park, CA 94025-4807 |
| 14681925 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14686795 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14682108 | + | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14681924 | + | Wells Fargo Bank, N.A., C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd. Charlotte, NC 28217-3983 |
| 14679695 | + | Wells Fargo Card Services, P.O. Box 30086, Los Angeles, CA 90030-0086 |
| 14679696 | + | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14679671 | + | Email/Text: bnc-aquafinance@quantum3group.com | Oct 07 2022 00:00:00 | Aqua Finance, P.O. Box 844, Wausau, WI 54402-0844 |
| 14679672 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 07 2022 00:00:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14679673 | + | Email/Text: BNBLAZE@capitalsvcs.com | Oct 07 2022 00:00:00 | Blaze, P.O. Box 2534, Omaha, NE 68103-2534 |
| 14679693 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 00:06:48 | The Home Depot, P.O. Box 653000, Dallas, TX 75265 |
| 14679674 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2022 00:07:07 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14679675 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 07 2022 00:06:58 | Capital One Auto Finance, P.o. Box 260848, Plano, TX 75026-0848 |
| 14681233 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2022 00:07:07 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693538 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 22-10770-pmm   Doc 55   Filed 10/08/22   Entered 10/09/22 00:26:32   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2022 | Form ID: 155 | Total Noticed: 46 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 07 2022 00:07:07 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14686343 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 07 2022 00:06:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14679676 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 00:06:48 | Citi Card, P.O. Box 6062, Sioux Falls, SD 57117 |
| 14679677 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2022 00:00:00 | Comenity - Zales, P.O. Box 659450, San Antonio, TX 78265-9450 |
| 14679678 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 07 2022 00:00:14 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 14679679 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2022 00:06:59 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14679686 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 00:07:09 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14691279 | | Email/Text: bnc-quantum@quantum3group.com | Oct 07 2022 00:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14679681 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 07 2022 00:00:00 | Fortiva, P.o. Box 105341, Atlanta, GA 30348-5341 |
| 14679683 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 07 2022 00:00:00 | Genesis FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14693754 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:07:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14679687 | + | Email/Text: ml-ebn@missionlane.com | Oct 07 2022 00:00:00 | Mission Line, P.O. Box 105286, Atlanta, GA 30348-5286 |
| 14679689 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2022 00:00:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14686810 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2022 00:00:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14696433 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2022 00:07:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14688410 | | Email/Text: bnc-quantum@quantum3group.com | Oct 07 2022 00:00:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14688207 | | Email/Text: bnc-quantum@quantum3group.com | Oct 07 2022 00:00:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14680902 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:06:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682118 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 07 2022 00:00:00 | TOWD POINT MORTGAGE TRUST 2019-4, et al, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14681925 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:06:45 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14682108 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:06:45 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14686795 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:06:57 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14679696 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:07:07 | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14682624 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14682623 | *+ | Wells Fargo Bank, N.A., C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Charlotte, NC 28217-3983 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:

**Name**             **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Discover Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID S. GELLERT
    on behalf of Joint Debtor Magdalena Zamirski dsgrdg@ptdprolog.net

DAVID S. GELLERT
    on behalf of Debtor Jason T. Schmidt dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
    on behalf of Creditor Discover Bank bkgroup@kmllawgroup.com

KARINA VELTER
    on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jason T. Schmidt and Magdalena Zamirski

    Debtor(s)

Chapter: 13

Bankruptcy No: 22−10770−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 6th day of October 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

52
Form 155