**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|   JASON T. SCHMIDT | : | Chapter 13 |
|   MAGDALENA ZAMIRSKI | : | |
| | : | Bankruptcy No. 22-10770 PMM |
|                 Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 28th day of October, 2022, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated October 6, 2022 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  October 28, 2022              s/   David S. Gellert
                                                                       David S. Gellert, Esquire
                                                                       David S. Gellert, P.C.
                                                                       3506 Perkiomen Avenue
                                                                       Reading, PA 19606
                                                                       (610) 779-8000
                                                                       Fax: (610) 370-1393
                                                                       dsgrdg@ptdprolog.net