Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-10770-PMM**

Jason T. Schmidt  
Magdalena Zamirski  
2824 Macarro Way  
Hellertown  PA    18055

Petition Filed Date: 03/29/2022  
341 Hearing Date: 05/03/2022  
Confirmation Date: 10/06/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2022 | $500.00 | | 09/19/2022 | $500.00 | | 10/24/2022 | $500.00 | |
| 11/21/2022 | $500.00 | | 12/21/2022 | $500.00 | | 01/24/2023 | $500.00 | |
| 02/27/2023 | $500.00 | | 03/24/2023 | $500.00 | | 04/24/2023 | $500.00 | |
| 05/24/2023 | $500.00 | | 06/27/2023 | $500.00 | | 07/24/2023 | $500.00 | |

**Total Receipts for the Period:  $6,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,883.84 | $5,883.84 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Mortgage Arrears | $1,950.42 | $785.02 | $1,165.40 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $4,084.41 | $0.00 | $4,084.41 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $2,194.11 | $0.00 | $2,194.11 |
| 4 | PNC BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $1,212.16 | $0.00 | $1,212.16 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DISCOVER BANK<br>»» 007 | Mortgage Arrears | $537.00 | $216.14 | $320.86 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» 008 | Unsecured Creditors | $912.92 | $0.00 | $912.92 |
| 9 | CAPITAL ONE AUTO FINANCE<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $827.12 | $0.00 | $827.12 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,846.02 | $0.00 | $2,846.02 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,169.17 | $0.00 | $1,169.17 |

**Chapter 13 Case No. 22-10770-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $6,885.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $660.00 | Total Plan Base: | $24,500.00 |
| Funds on Hand: | $455.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.