| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-10770-PMM**

Jason T. Schmidt  
Magdalena Zamirski  
2824 Macarro Way  
Hellertown  PA    18055

Petition Filed Date: 03/29/2022  
341 Hearing Date: 05/03/2022  
Confirmation Date: 10/06/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/24/2023 | $500.00 | | 09/25/2023 | $500.00 | | 10/24/2023 | $500.00 | |
| 11/27/2023 | $500.00 | | 12/27/2023 | $500.00 | | 01/24/2024 | $500.00 | |
| 02/27/2024 | $500.00 | | 03/25/2024 | $500.00 | | 04/24/2024 | $500.00 | |
| 05/24/2024 | $500.00 | | 06/25/2024 | $500.00 | | 07/26/2024 | $500.00 | |

**Total Receipts for the Period: $6,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,883.84 | $5,883.84 | $0.00 |
| 1 | NATIONSTAR MORTGAGE LLC »» 001 | Mortgage Arrears | $1,950.42 | $1,950.42 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $4,084.41 | $1,350.21 | $2,734.20 |
| 3 | WELLS FARGO BANK NEVADA NA »» 003 | Unsecured Creditors | $2,194.11 | $725.31 | $1,468.80 |
| 4 | PNC BANK »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $1,212.16 | $400.70 | $811.46 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DISCOVER BANK »» 007 | Mortgage Arrears | $537.00 | $537.00 | $0.00 |
| 8 | DEPARTMENT STORE NATIONAL BANK »» 008 | Unsecured Creditors | $912.92 | $301.78 | $611.14 |
| 9 | CAPITAL ONE AUTO FINANCE »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $827.12 | $273.43 | $553.69 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $2,846.02 | $940.84 | $1,905.18 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $1,169.17 | $386.50 | $782.67 |

**Chapter 13 Case No. 22-10770-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $12,750.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,249.97 | Total Plan Base: | $24,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.