United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10770-pmm |
| Jason T. Schmidt | Chapter 13 |
| Magdalena Zamirski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: May 23, 2025 | Form ID: 138OBJ | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Jason T. Schmidt, 2824 Macarro Way, Hellertown, PA 18055-3169 |
| jdb | +++ | Magdalena Zamirski, 2824 Macarro Way, Hellertown, PA 18055-3169 |
| 14960175 | + | DISCOVER BANK, C/O Mario Hanyon, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14681417 | + | Discover Bank, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14679682 | + | Frost - Arnett Company, P.O. Box 1280, Oaks, PA 19456-1280 |
| 14679685 | + | LP Finance Group, 506 Twin Oaks Drive, Johnson City, TN 37601-7610 |
| 14679684 | + | Lehigh Valley Health Network, P.O. Box 4120, Allentown, PA 18105-4120 |
| 14679688 | + | North Shore Agency, 4000 East Fifth Avenue, Columbus, OH 43219-1811 |
| 14679692 | + | Scweiger Dermatology Group, P.O. Box 1870, Cary, NC 27512-1870 |
| 14682202 | + | Towd Point Mortgage Trust 2019-4, c/o Karina Velter, Esquire, Hladik Onorato & Federman LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14679694 | + | Uplit Customer Outreach, 801 El Camino Ral, Menlo Park, CA 94025-4807 |
| 14681924 | + | Wells Fargo Bank, N.A., C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd. Charlotte, NC 28217-3983 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 24 2025 00:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2025 00:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14679671 | + | Email/Text: bnc-aquafinance@quantum3group.com | May 24 2025 00:45:00 | Aqua Finance, P.O. Box 844, Wausau, WI 54402-0844 |
| 14679672 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2025 00:35:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14679693 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 00:41:16 | The Home Depot, P.O. Box 653000, Dallas, TX 75265 |
| 14679674 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2025 00:40:05 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14679675 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 24 2025 00:40:07 | Capital One Auto Finance, P.o. Box 260848, Plano, TX 75026-0848 |
| 14681233 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2025 01:19:47 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693538 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2025 00:40:45 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 22-10770-pmm    Doc 71    Filed 05/25/25    Entered 05/26/25 00:35:40    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: 138OBJ | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14686343 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2025 00:41:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14679676 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 01:08:05 | Citi Card, P.O. Box 6062, Sioux Falls, SD 57117 |
| 14679677 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2025 00:36:00 | Comenity - Zales, P.O. Box 659450, San Antonio, TX 78265 |
| 14679678 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 24 2025 00:45:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 14679679 | + | Email/PDF: creditonebknotifications@resurgent.com | May 24 2025 00:40:07 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14690097 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 24 2025 00:36:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14679680 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 24 2025 00:36:00 | Discover Home Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14679686 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 01:19:44 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14726925 | + | Email/Text: dsgrdg@ptdprolog.net | May 24 2025 00:36:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14691279 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2025 00:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14679673 | | Email/Text: BNBLAZE@capitalsvcs.com | May 24 2025 00:35:00 | Blaze, P.O. Box 2534, Omaha, NE 68103 |
| 14679681 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 24 2025 00:35:00 | Fortiva, P.o. Box 105341, Atlanta, GA 30348-5341 |
| 14679683 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 24 2025 00:45:00 | Genesis FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14693754 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2025 00:40:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14679687 | + | Email/Text: ml-ebn@missionlane.com | May 24 2025 00:35:00 | Mission Line, P.O. Box 105286, Atlanta, GA 30348-5286 |
| 14850163 | | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2025 00:35:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14679689 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2025 00:35:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14686810 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2025 00:35:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14696433 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2025 00:40:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14679690 | + | Email/Text: Correspondence@DuncanSolutions.com | May 24 2025 00:36:00 | Professsional Account Management, P.O. Box 430, Milwaukee, WI 53201-0430 |
| 14688410 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2025 00:36:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14688207 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2025 00:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14679691 | ^ | MEBN | May 24 2025 00:22:31 | Revco Solutions, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14680902 | ^ | MEBN | May 24 2025 00:22:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682118 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 24 2025 00:45:00 | TOWD POINT MORTGAGE TRUST 2019-4, et al, c/o Select Portfolio Servicing, Inc., 3217 S. |

Case 22-10770-pmm    Doc 71    Filed 05/25/25    Entered 05/26/25 00:35:40    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: 138OBJ | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14681925 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com May 24 2025 00:41:17 | | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14682108 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com May 24 2025 00:40:52 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14686795 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com May 24 2025 00:54:43 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14679695 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com May 24 2025 00:53:52 | | Wells Fargo Card Services, P.O. Box 30086, Los Angeles, CA 90030-0086 |
| 14679696 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com May 24 2025 00:40:12 | | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14682624 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14682623 | *+ | Wells Fargo Bank, N.A., C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Charlotte, NC 28217-3983 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DAVID S. GELLERT | on behalf of Joint Debtor Magdalena Zamirski dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Debtor Jason T. Schmidt dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor Discover Bank bkgroup@kmllawgroup.com |
| KARINA VELTER | on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| MARIO J. HANYON | |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: 138OBJ | Total Noticed: 51 |

on behalf of Creditor Discover Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
   on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

SARAH K. MCCAFFERY
   on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)−doc 70 − 67

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Jason T. Schmidt )<br> )<br> )<br>  Magdalena Zamirski )<br> )<br>  Debtor(s). ) | Case No. 22−10770−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 23, 2025

For The Court

Timothy B. McGrath
Clerk of Court