| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 22-10770-PMM**

Jason T. Schmidt  
Magdalena Zamirski  
2824 Macarro Way  
Hellertown  PA    18055

Petition Filed Date: 03/29/2022  
341 Hearing Date: 05/03/2022  
Confirmation Date: 10/06/2022

Case Status: Completed on 4/29/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $500.00 | | 09/26/2024 | $500.00 | | 10/28/2024 | $500.00 | |
| 11/26/2024 | $500.00 | | 12/27/2024 | $500.00 | | 01/28/2025 | $500.00 | |
| 03/03/2025 | $500.00 | | 03/31/2025 | $500.00 | | 04/29/2025 | $5,541.94 | |

**Total Receipts for the Period: $9,541.94   Amount Refunded to Debtor Since Filing: $399.79   Total Receipts Since Filing: $23,541.94**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,883.84 | $5,883.84 | $0.00 |
| 1 | NATIONSTAR MORTGAGE LLC<br>»»  001 | Mortgage Arrears | $1,950.42 | $1,950.42 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $4,084.41 | $4,084.41 | $0.00 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»»  003 | Unsecured Creditors | $2,194.11 | $2,194.11 | $0.00 |
| 4 | PNC BANK<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  005 | Unsecured Creditors | $1,212.16 | $1,212.16 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DISCOVER BANK<br>»»  007 | Mortgage Arrears | $537.00 | $537.00 | $0.00 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»»  008 | Unsecured Creditors | $912.92 | $912.92 | $0.00 |
| 9 | CAPITAL ONE AUTO FINANCE<br>»»  009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $827.12 | $827.12 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $2,846.02 | $2,846.02 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $791.37 | $791.37 | $0.00 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | BLAZE MASTERCARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE BANK (USA) NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CITI CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10770-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | CREDIT COLLECTION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | FORTIVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FROST ARNETT COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | GENESIS FS CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | LEHIGH VALLEY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | LP FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | MISSION LINE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | NORTH SHORE AGENCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | PROFESSIONAL ACCOUNT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | REVCO SOLUTIONS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | SCWEIGER DERMATOLOGY GROUP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | THE HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | UPLIFT CUSTOMER OUTREACH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Jason T. Schmidt | Debtor Refunds | $399.79 | $399.79 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,541.94 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $21,639.16 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,902.78 | Total Plan Base: | $24,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.