United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10770-pmm |
| Jason T. Schmidt | Chapter 13 |
| Magdalena Zamirski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 29, 2025 | Form ID: 138FIN | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Jason T. Schmidt, 2824 Macarro Way, Hellertown, PA 18055-3169 |
| jdb | +++ | Magdalena Zamirski, 2824 Macarro Way, Hellertown, PA 18055-3169 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Oct 30 2025 00:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 30 2025 00:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2025                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 138FIN | Total Noticed: 4 |

on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

**DAVID S. GELLERT**
    on behalf of Debtor Jason T. Schmidt dsgrdg@ptdprolog.net

**DAVID S. GELLERT**
    on behalf of Joint Debtor Magdalena Zamirski dsgrdg@ptdprolog.net

**DENISE ELIZABETH CARLON**
    on behalf of Creditor Discover Bank bkgroup@kmllawgroup.com

**KARINA VELTER**
    on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

**MARIO J. HANYON**
    on behalf of Creditor Discover Bank wbecf@brockandscott.com  mario.hanyon@brockandscott.com

**MICHELLE L. MCGOWAN**
    on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

**SARAH K. MCCAFFERY**
    on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

**SCOTT F. WATERMAN [Chapter 13]**
    ECFMail@ReadingCh13.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138FIN* (6/24)–doc 79 − 78

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Jason T. Schmidt ) | Case No. 22−10770−pmm |
| ) | |
| ) | |
|    Magdalena Zamirski ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: October 29, 2025

For The Court

Mohung Wong
Clerk of Court